UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN D. MOON,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C16-5435 BAT

**ORDER GRANTING EAJA APPLICATION FOR FEES AND COSTS**

The Court GRANTS plaintiff's motion for EAJA fees and expenses, Dkt. 19, and ORDERS:

1. Plaintiff is awarded EAJA fees of $4,281.40 and expenses of $6.30. The award is subject to offsets allowed under the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010).

2. Payment of this award shall be sent to Plaintiff's attorney Eitan Kassel Yanich at: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

3. The Commissioner shall consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. The Commissioner agrees to contact the Department of Treasury within a reasonable period of time from the issuance of this order for EAJA fees and

ORDER GRANTING EAJA APPLICATION
FOR FEES AND COSTS - 1

expenses to determine whether such and expenses are subject to any offset. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney's fees and expenses will be paid directly to Plaintiff's attorney Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to counsel's address.

DATED this 15th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EAJA APPLICATION
FOR FEES AND COSTS - 2